IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

Albert L. Talmo,                                           )
                                                           )         Civil Action No. 8:06-00801-CMC-BHH
                              Petitioner,                  )
                                                           )
              vs.                                          )         **REPORT OF MAGISTRATE JUDGE**
                                                           )
Mrs. Boyd; Chief NFN Williams;                             )
Mrs. NFN Robinson; NFN Warden ,                            )
                                                           )
                              Respondents.                 )
_____                   )

           The petitioner brought this action seeking relief pursuant to Title 28, United States

Code, Section 2254.  On March 28, 2006, the petitioner notified the court of his new address (342

Ivo Circle, Elgin, SC 29045).   On May 16, 2006, the respondent  filed a motion for summary

judgment.  On May 17, 2006, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), an

order was mailed to the petitioner's last known address in Elgin, South Carolina advising him of

the summary judgment procedure and the possible consequences if he failed to respond

adequately.   The envelope containing this order was returned to the court marked

"Undeliverable/RTS/No Longer Here."

           The record reveals that the petitioner was advised by order dated March 27, 2006,

of his responsibility to notify the court *in writing* if his address changed.

           Based on the foregoing, it appears the petitioner no longer wishes to pursue this

action.  Accordingly, it is recommended that this action be dismissed for lack of prosecution.


                                        s/ Bruce H. Hendricks
                                        United States Magistrate Judge

June 26, 2006

Greenville, South Carolina